UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP L. DICK,

        Petitioner,

v.

AIRWAY HEIGHTS CORRECTION CENTER,

        Respondent.

Case No. C07-5594BHS-KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #3-#4) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 29th day of November, 2007.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1