UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILIP L. DICK,

        Petitioner,

v.

MAGGIE MILLER-STOUT,

        Respondent.

Case No. C07-5594BHS-KLS

ORDER DISMISSING PETITION

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and order:

(1)     the Court adopts the Report and Recommendation;

(2)     petitioner's federal *habeas corpus* petition is DISMISSED; and

(3)     the Clerk is directed to send copies of this Order to petitioner and to Judge Strombom.

DATED this 13th day of March, 2008.

                        BENJAMIN H. SETTLE
                        United States District Judge

ORDER